**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JI CHAOQUN | No. 18 CR 611<br><br>Judge Ronald A. Guzman |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Description | Admitted |
|---|---|---|
| 100 | Xu's Chinese passport obtained during Xu's arrest | |
| 101 | Xu's national ID card obtained during Xu's arrest | |
| 101-T | Translation of Xu's national ID card obtained during Xu's arrest | |
| 102 | Subscriber records for jastxyj@gmail.com | |
| 103 | A-16 Subscriber records for jastquihui@gmail.com | |
| 104 | Subscriber records for Apple iCloud account associated with Gmail address jastxyj@gmail.com | |
| 104T | Translation of Subscriber records for Apple iCloud account associated with Gmail address jastxyj@gmail.com | |
| 105 | Subscriber records for Apple iCloud account associated with Gmail address jastquihui@gmail.com | |
| 105T | Translation of Subscriber records for Apple iCloud account associated with Gmail address jastquihui@gmail.com | |
| 106 | Xu Cadre Form obtained from Xu's jastquihui@gmail.com iCloud account | |
| 106T | Translation of Cadre Form | |
| 107 | Excerpts of Xu's calendar obtained from Xu's iPhone 5s backup in the jastquihui@gmail.com iCloud account | |

| | | |
|---|---|---|
| 107-T | Translation of Excerpts of Xu's calendar obtained from Xu's iPhone 5s backup in the jastquihui@gmail.com iCloud account | |
| 108* | Messages between Xu and Geng obtained from Xu's iPhone 5s backup in the jastquihui@gmail.com iCloud account | |
| 108T | Translation of Messages between Xu and Geng obtained from Xu's iPhone 5s backup in the jastquihui@gmail.com iCloud account | |
| 200 | Cover extraction report for iPhone 5 | |
| 201 | Extraction report - Photos near JSSD 12/18/13-12/19/13 | |
| 202 | Extraction report - Photos of cash 12/31/13 | |
| 203 | Extraction report - Photos of cash 1/10/14 | |
| 204 | Extraction report - Photos of MSS registration form | |
| 204T | Translation of registration form | |
| 205 | Extraction report - Photos of BUAA diploma | |
| 205T | Translation of diploma | |
| 300* | Extraction Report for iPhone 5A | |
| 301 | Text messages between Ji and Xiao Lingtong | |
| 301-T | Translation of text messages between Ji and Xiao Lingtong | |
| 400 | Extraction report for iPhone 7 | |
| 401 | SMS messages between Ji and Geng from the iPhone 7 | |
| 401T | Translation of SMS messages between Ji and Geng from the iPhone 7 | |
| 402 | SMS messages between Ji and Zha from the iPhone 7 | |
| 402T | Translation of SMS messages between Ji and Zha from the iPhone 7 | |
| 403 | SMS messages between Ji and Xu from the iPhone 7 | |
| 403T | Translation of SMS messages between Ji and Xu from the iPhone 7 | |
| 404 | Contact card for Zha from the iPhone 7 | |
| 404T | Translation of Contact card for Zha from iPhone 7 | |
| 405 | Contact card for Geng from the iPhone 7 | |

| | | |
|---|---|---|
| 405T | Translation of Contact card for Geng from the iPhone 7 | |
| 406 | iMessages between Ji and Yu Wenzhi from the iPhone 7 | |
| 406T* | Translations of iMessages between Ji and Yu Wenzhi from the iPhone 7 | |
| 407 | iMessages between JI and XU, iPhone 7 | |
| 407-T | Translations of iMessages between Ji and Xu, from the iPhone 7 | |
| 500* | Extraction Report for iPhone 7 | |
| 501 | WeChat messages with Chaozhonqqing | |
| 501-T | Translation of WeChat messages with Chaozhonqqing | |
| 600 | Messages between Ji and Xu | |
| 600T | Translation of Messages between Ji and Xu | |
| 601 | QQ message image from Xu to Ji | |
| 601T | Translation of QQ message image from Xu to Ji | |
| 602 | QQ message image of delivery failure | |
| 603 | QQ message image of email from Ji to Xu | |
| 603T | Translation of QQ message image of email from Ji to Xu | |
| 700 | Extraction report for Samsung GT-i8160 Galaxy Ace 2 | |
| 701 | SMS messages between Ji and Geng from Samsung Galaxy phone | |
| 701-T | Translation of SMS messages between Ji and Geng from Samsung Galaxy phone | |
| 702 | SMS messages between Ji and Zha from Samsung Galaxy phone | |
| 702-T | Translation of SMS messages between Ji and Zha from Samsung Galaxy phone | |
| 800 | Account and subscriber records for buaajcq@gmail.com | |
| 801 | Ji's email from buaajcq@gmail.com to Xu related to background reports | |
| 801-T | Translation of Ji's email from buaajcq@gmail.com to Xu related to background reports | |

| | | |
|---|---|---|
| 802 | Attachment to email from buaajcq@gmail.com to Xu related to background reports *(Attachment to Exhibit 801)* | |
| 803 | Emails with Recruiter Eric Mo – Re__US_Army_Recruiting_-_Mo_Eric_SSG_USARMY_USAREC_US_eric.mo.milmail.mil_-_2015-10-02_1145 | |
| 804 | Emails with Recruiter Eric Mo – Re__Sir_I_got_my_opt_I-20_now._From__Chaoqun_Ji_-_Mo_Eric_SSG_USARMY_USAREC_US_eric.mo.milmail.mil_-_2015-10-20_1 | |
| 805 | Emails with Recruiter Eric Mo Chaoquns_OPT_Card_-_buaajcqgmail.com_-_2016-03-02_1637 | |
| 806 | Emails with Recruiter Eric Mo – Re__Non-DoD_Source_Chaoquns_OPT_Card_-_Mo_Eric_SSG_USARMY_USAREC_US_eric.mo.milmail.mil_-_2016-03-03_0613 | |
| 900 | CBP records of Ji's travel | |
| 1000 | Ji's Chase bank records ending in 3839 showing payments to Findream in the amount of $200.00 | |
| 1001 | Ji's Chase bank records ending in 3839 showing payments to Findream in the amount of $900.00 | |
| 1002 | Ji's Chase financial records showing payment to Instant Checkmate | |
| 1003 | JI's Chase financial records for accounts ending in 2961 and 3839, including signature cards, bank statements, canceled checks, debit and credit memos, deposit tickets and deposited items for the period of July 1, 2016 to September 30, 2018 | |
| 1004 | Findream account ending in 5583 including signature cards, bank statements, canceled checks, debit and credit memos, deposit tickets and deposited items for the period of July 1, 2016 to September 30, 2018 | |

| | | |
|---|---|---|
| 1100 | Email chain between Ji and Yu Wenzhi 11.28.2019 | |
| 1200 | Pricebid001@gmail.com subscriber records | |
| 1201 | Uber email from Pricebid001@gmail.com referencing Ji's name | |
| 1201T | Translation of Uber email from Pricebid001@gmail.com referencing Ji's name | |
| 1202 | Turo email from Pricebid001@gmail.com referencing JI's name | |
| 1203 | Email from Ji regarding background reports: 08.30.15 5:47 PM TO 2538093402 From: pricebid001@gmail.com and 08.31.15 6:24 PM Delivery Status Notification: (Delay) to 2538093402@qq.com | |
| 1203T | Translation of: 08.30.15 5:47 PM TO 2538093402 From: pricebid001@gmail.com and 08.31.15 6:24 PM Delivery Status Notification: (Delay) to 2538093402@qq.com<br>Attached please find midterm exam questions from the most recent three years totaling 8 sets | |
| 1204 | Email from Ji regarding background reports: 08.31.15 10:04 AM to 3025544@aq.com and 08.31.15 Delivery Status Notification (Failure) to 3025544@aq.com | |
| 1204T | Translation of 08.31.15 10:04 AM to 3025544@aq.com and 08.31.15 Delivery Status Notification (Failure) to 3025544@aq.com Attached please find midterm exam questions from the most recent three years totaling 8 sets | |
| 1205 | Email from Ji regarding background reports: 08.31.15 10:08 am to jastxyj@gmail.com | |
| 1205T | Translation of 08.31.15 10:08 am to jastxyj@gmail.com | |
| 1206 | Email from Ji regarding background reports: 09.02.15 2:31 am Delivery Status Notification (Delay) to pricebid001@gmail.com | |

| | | |
|---|---|---|
| 1206T | Translation of: 09.02.15 2:31 am Delivery Status Notification (Delay) to pricebid001@gmail.com | |
| 1207 | Email from Ji regarding background reports: 09.02.15 6:56 PM Delivery Status Notification (Failure) to pricebid001@gmail.com | |
| 1207T | Translation of: 09.02.15 6:56 PM Delivery Status Notification (Failure) to pricebid001@gmail.com | |
| 1208 | Spokeo Background report of Yaochung Chung Chen | |
| 1209 | SpokeoBackground report of Yeong-Chang C. Chou | |
| 1210 | Instant Checkmate Background report of Zhaoli Hu | |
| 1211 | Instant Checkmate Background report of Bosu S. Chen | |
| 1212 | Instant Checkmate Background report of Changbiao B. Wang | |
| 1213 | Intelius Background report of JC Chen | |
| 1214 | Intelius Background report of Weizhong Yan | |
| 1215 | Intelius Background Report of Rongsheng Li | |
| 1300 | Subscriber records for Ji's Turo account | |
| 1400 | Subscriber records for Ji's Uber account | |
| 1500 | Intelius Terms of Service | |
| 1501 | Instant Checkmate Terms of Service | |
| 1600 | Purchase history records of Spokeo | |
| 1700 | Purchase history records of Intelius | |
| 1800 | Purchase history records of Instant Checkmate | |
| 1900 | Excel Spreadsheet re: Ji's Discover financial records showing payments to Spokeo, Intelius | |
| 2000 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/5/2016, 5:18 PM | |
| 2000-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/5/2016, 5:18 PM | |
| 2001 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 11/17/2016, 8:53 AM | |

| | | |
|---|---|---|
| 2001-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 11/17/2016, 8:53 AM | |
| 2002 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 11/21/2016, 8:47 PM | |
| 2002-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 11/21/2016, 8:47 PM | |
| 2003 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 11/22/2016, 9:29 PM | |
| 2003-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 11/22/2016, 9:29 PM | |
| 2004 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 1/11/2017, 11:08 AM | |
| 2004-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 1/11/2017, 11:08 AM | |
| 2005 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 3/27/2017, 12:09 PM | |
| 2005-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 3/27/2017, 12:09 PM | |
| 2006 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 2/19/2018, 11:39 AM | |
| 2006-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 2/19/2018, 11:39 AM | |
| 2007 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 2/19/2018, 12:54 PM | |
| 2007-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 2/19/2018, 12:54 PM | |

| | | |
|---|---|---|
| 2008 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 2/19/2018, 4:35 PM | |
| 2008-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 2/19/2018, 4:35 PM | |
| 2009 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 3/20/2018, 12:30 AM | |
| 2009-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 3/20/2018, 12:30 AM | |
| 2010 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/3/2016, 8:06 AM | |
| 2010-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/3/2016, 8:06 AM | |
| 2011 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/3/2016, 8:08 AM | |
| 2011-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/3/2016, 8:06 AM | |
| 2012 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/4/2016, 4:28 PM | |
| 2012-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/4/2016, 4:28 PM | |
| 2013 | Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/4/2016, 4:32 PM | |
| 2013-T | Translation of Email communication between Ji Chaoqun and Findream from cji6hawk@gmail.com account dated 5/4/2016, 4:32 PM | |
| 2100 | Video of April 25, 2018 meeting | |
| 2101* | UC body recorder video for meeting on April 25, 2018 | |
| 2100T | Transcript of April 25, 2018 meeting | |

| | | |
|---|---|---|
| 2102-C | Google Chinese translation of Article UC showed to Ji | |
| 2102-E | Google English translation of Article UC showed to Ji | |
| 2102-F | Original version of Article UC showed to Ji | |
| 2103 | Video of May 17, 2018 meeting | |
| 2103-1* | UC body recorder video for meeting on May 17, 2018 | |
| 2103T | Transcript of May 17, 2018 meeting | |
| 2104 | Items Ji brought to May 17, 2018 meeting | |
| 2105 | Receipt UC provided to Ji on May 17, 2018 in the amount of $1000.00 | |
| 2105T | Translation of receipt | |
| 2106 | Video of September 25, 2018 meeting | |
| 2106T | Transcript of September 25, 2018 meeting | |
| 2107 | Receipt UC provided to Ji on September 25, 2018 in the amount of $5000.00 | |
| 2107-T | Translation of receipt | |
| 2108* | Hotel Interview Clip - September 25, 2018 Meeting (English) | |
| 2108-T | Transcript of Hotel Interview Clip -September 25, 2018 (English) | |
| 2200* | Geotag:<br>Ruanjian Blvd address<br>Xu Cadre application geotag | |
| 2300 | Ji's enlistment contract | |
| 2301 | Ji's June 6, 2016 Form SF-86 | |
| 2301-1 | Certification SF-86 Questionnaire for National Security Positions | |
| 2302-1 | 12.06.2017 MAVNI \| SSBI Interview Disc 1 of 3 | |
| 2302-2 | 12.06.2017 MAVNI \| SSBI Interview Disc 2 of 3 | |
| 2302-3 | 12.06.2017 MAVNI \| SSBI Interview Disc 3 of 3 | |
| 2302-4 | Clip 1 MAVNI \| SSBI Interview | |
| 2302-5 | Clip 2 MAVNI \| SSBI Interview | |
| 2302-6 | Clip 3 MAVNI \| SSBI Interview | |
| 2302-7 | Clip 4 MAVNI \| SSBI Interview | |
| 2302-8 | Clip 5 MAVNI \| SSBI Interview | |
| 2302-9 | Clip 6 MAVNI \| SSBI Interview | |

| | | |
|---|---|---|
| 2302-10 | Clip 7 MAVNI \| SSBI Interview | |
| 2302-11 | Clip 8 MAVNI \| SSBI Interview | |
| 2302-12 | Clip 9 MAVNI \| SSBI Interview | |
| 2302-13 | Clip 10 MAVNI \| SSBI Interview | |
| 2302-14 | Clip 11 MAVNI \| SSBI Interview | |
| 2302-15 | Clip 12 MAVNI \| SSBI Interview | |
| 2302-16 | Clip 13 MAVNI \| SSBI Interview | |
| 2302-17 | Clip 14 MAVNI \| SSBI Interview | |
| 2302-18 | Clip 15 MAVNI \| SSBI Interview | |
| 2302-19 | Clip 16 MAVNI \| SSBI Interview | |
| 2302-20 | Clip 17 MAVNI \| SSBI Interview | |
| 2302-21 | Clip 18 MAVNI \| SSBI Interview | |
| 2302-22 | Clip 19 MAVNI \| SSBI Interview | |
| 2302-23 | Clip 20 MAVNI \| SSBI Interview | |
| 2302-24 | Clip 21 MAVNI \| SSBI Interview | |
| 2302-25 | Clip 22 MAVNI \| SSBI Interview | |
| 2302-26 | Clip 23 MAVNI \| SSBI Interview | |
| 2302-27 | Clip 24 MAVNI \| SSBI Interview | |
| 2302-28 | Clip 25 MAVNI \| SSBI Interview | |
| 2302-29 | Clip 26 MAVNI \| SSBI Interview | |
| 2302-30 | Clip 27 MAVNI \| SSBI Interview | |
| 2302-31 | Clip 28 MAVNI \| SSBI Interview | |
| 2302-32 | Clip 29 MAVNI \| SSBI Interview | |
| 2303 | Southeast Asia form (signed) | |
| 2304 | Foreign travel form (signed) | |
| 2305 | Personal financial statement | |
| 2306 | Army ID CAC | |
| 2307 | Ji's Chinese passport | |
| 2308 | Ji's Chinese ID | |
| 2309 | Army Form 2283 | |
| 2310 | Army pay records<br>JAN 2018 LES<br>JUNE 2018 LES<br>MAY 2017 LES | |
| 2311 | IIT college diploma | |
| 2312 | Notice of Action regarding application for naturalization | |
| 2313 | Form I-20 dated May 20, 2013 | |
| 2314 | Form I-20 dated June 2, 2015 | |
| 2315 | Form I-20 dated October 15, 2015 | |

| | | |
|---|---|---|
| 2316 | Form I-20 dated January 4, 2017 | |
| 2317 | US Army Service Requirements | |
| 2318 | Record of Military Processing | |
| 2400 | Ji's Chinese passport | |
| 2401 | Ji's Chinese national ID card | |
| 2402 | Paper Document / Resume Ji Chaoqun | |
| 2403 | MANVI / Reserve Paperwork | |
| 2404 | Paper products and Military Identity Tags | |
| 2500 | Materials Ji provided to IIT | |
| 2600 | 1006 Summary – Excel Spreadsheet | |
| DEMONSTRATIVE _001 | DHS Blank USCIS I-765 Form Application for Employment Authorization | |
| DEMONSTRATIVE _002 | DHS Sample form I-20, Certificate of Eligibility for Non immigrant Student Status | |
| DEMONSTRATIVE _003 | Form I-766 Employment Authorization Document Card | |
| DEMONSTRATIVE _004 | Circuit Board *<br><br>*XX Ref Yaochung Chen 302 for specifics | |
| DEMONSTRATIVE _005 | Structure of the People's Republic of China government | |

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: */s/Barry Jonas*
BARRY JONAS
VIKAS DIDWANIA
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

Dated: July 29, 2022