UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CR 611 |
| v. | ) | |
| | ) | Honorable John Robert Blakey |
| JI CHAOQUN, | ) | |
| Defendant. | ) | |

**TRIAL EXHIBITS**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby furnishes the District Court Clerk with the following exhibits to be included in the record on appeal:

1. 106-T
2. 107-T
3. 108-T
4. 301-T
5. 302-T
6. 303-T
7. 310
8. 311
9. 312-T
10. 314-T
11. 315-T
12. 316-T
13. 317
14. 318
15. 501-T
16. 600-T
17. 801
18. 807
19. 808
20. 809
21. 900
22. 1002
23. 1100
24. 1200
25. 1205-T
26. 1600
27. 1700
28. 1800
29. 1900
30. 2100-T
31. 2101-1* (an asterisk denotes a digital exhibit)
32. 2101-1-T
33. 2101-2*
34. 2101-2-T
35. 2102-E
36. 2103-T
37. 2104
38. 2105
39. 2105-T
40. 2106-T
41. 2107
42. 2107-T
43. 2110*
44. 2111*
45. 2112*
46. 2303

47. 2313
48. 2401
49. 2600

50. 2800
51. 002-H

Respectfully submitted.

MORRIS PASQUAL
Acting United States Attorney

By:     /s/ *Vikas K. Didwania*
         VIKAS K. DIDWANIA
         Assistant United States Attorney
         219 South Dearborn Street, 5th Floor
         Chicago, Illinois
         (312) 353-8898