For National Cadre Record Verification Work Only

# Cadre Approval/Removal Appointment Application Form



| | | | | | |
|---|---|---|---|---|---|
| Name | XU Yanjun | Gender | Male | Date of Birth (Years Old) | 1980.09 (35 years) |
| Ethnicity | HAN | Place of Ancestry | Jianhu, Jiangsu | Birth Place | Jianhu, Jiangsu |
| Date of Joining the Party | 2001.03 | Date of Started Working | 2001.08 | Health Condition | Healthy |
| Professional and Technical Post | | | Specialty | | |
| Education Background and Academic Degree | Full-Time Education | College Bachelor Degree in Engineering | | Graduation School and Major | Institute of Electrical Engineering of Hohai University. Electrical Engineering and its Automation |
| | In Service Education | | | Graduation School and Major | |
| Current Post | | Deputy Division Director at Sixth Bureau of Jiangsu Province Ministry of State Security | | | |
| Proposed Appointment | | | | | |
| Proposed Removal | | | | | |

GOVERNMENT EXHIBIT

106-T

| | |
|---|---|
| Resume | 1997.09 – 2001.06 College Student at Henan University.<br>2001.08 – 2002.02 Street Cadre at Zhang Village, Yancheng, Jiangsu Province.<br>2002.02 – 2003.06 Secretary of Zhang Village Street Youth League Committee, Yancheng, Jiangsu Province.<br>2003.06 – 2003.09 Cadre at Fourth Bureau of Jiangsu Ministry of State Security.<br>2003.09 – 2006.08 Staff Member at Fourth Bureau of Jiangsu Ministry of State Security.<br>2006.08 – 2009.08 Senior Staff Member at Fourth Bureau of Jiangsu Ministry of State Security<br>2009.08 – 2010.08 Deputy Section Chief at Second Section at Fourth Bureau of Jiangsu Ministry of State Security<br>2010.08 – 2014.11 Section Chief at Second Section of Fourth Bureau of Jiangsu Ministry of State Security (The agency renamed to Sixth Bureau in December, 2013.)<br>2014.11 – 2015.05 Section Chief at Second Section of Sixth Bureau of Jiangsu Ministry of State Security<br>2015.05 – Present Deputy Division Director at Sixth Bureau of Jiangsu Province Ministry of State Security |

<table>
<tr><td>Rewards and Punishment</td><td colspan="5">Commendation in 2009 and 2014. Third-Class Merits in 2010. Second-Class Merits in 2013.</td></tr>
<tr><td>Annual Evaluation Results</td><td colspan="5">Evaluation for 2013 is Competent. Evaluation for 2014 is Outstanding.</td></tr>
<tr><td>Appoint/Dismiss Reasons</td><td colspan="5"></td></tr>
<tr><td rowspan="8">Main Family Members and Their Important Social Relations</td><td>Title</td><td>Name</td><td>Age</td><td>Political Aspect</td><td>Work Unit and Title</td></tr>
<tr><td>Wife</td><td>ZHONG Lin</td><td>36</td><td>Chinese Communist Party Member</td><td>Staff Member at Nanjing Yangtze River Management Office</td></tr>
<tr><td>Son</td><td>XU Yizhe</td><td>7</td><td>Common People</td><td>Elementary Student at Hanjiang Road, Nanjing</td></tr>
<tr><td>Father</td><td>XU Weiguo</td><td>60</td><td>Chinese Communist Party Member</td><td>Manager at Agricultural Means of Production Company, Yancheng, Jiangsu</td></tr>
<tr><td>Mother</td><td>ZHANG Guoxiu</td><td>60</td><td>Chinese Communist Party Member</td><td>Staff Member at Jianhu County Finance Bureau, Jiangsu (Retired)</td></tr>
<tr><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Reporting Unit</td><td colspan="5">(Stamp)<br>Year Month Day</td></tr>
<tr><td>Evaluation Agency Comment</td><td colspan="3">The information on this form has been verified.<br>(Stamp)<br>2015 Year 10 Month 28 Day</td><td colspan="2">(Stamp)<br>Year Month Day</td></tr>
</table>

Form Filler: CHENG Yiyang

4. Securities, stocks, futures, funds, investment–oriented insurance investment and other financial management products hold by self, spouse, and live together children.

Applicable ☐ Not Applicable ☐

| Title | Name | Stocks | | | |
|---|---|---|---|---|---|
| | | Stock Name | Holding Shares | Market Price – Day Before Report (Unit in $10k) | Total Market Price – Day Before Report (Unit in $10k) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Title | Name | Funds | | | |
|---|---|---|---|---|---|
| | | Funds Name | Holding Shares | Market Price – Day Before Report (Unit in $10k) | Total Market Price – Day Before Report (Unit in $10k) |
| | | | | | 210k |
| Wife | ZHONG Lin | Qianyuan Shared Financial Product | 60k | 60k | |
| Wife | ZHONG Lin | Qianyuan Tianfu Asset Compiled Financial Product | 50k | 50k | |
| Wife | ZHONG Lin | Minsheng Bank Close-End Financial Product | 50k | 50k | |
| Wife | ZHONG Lin | Minsheng Bank Close-End Financial Product | 50k | 50k | |

| Title | Name | Futures | | | |
|---|---|---|---|---|---|
| | | Position type | Amount | Position Deposit (Unit in $10k) | Available Funds (Unit in $10k) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Explanation: When filing, it is required to mark ✓ in the ☐ in either "Applicable" or "Not Applicable" on the top right corner.

When reporting Stocks, it is required to specify the name of the holding stocks, amount of shares, market price of the day before reporting, and total market price of all the holding stocks the day before reporting. The total market price is the summation of the market price of all the holding stocks the day before reporting. The market price of the stock the day before reporting = stock share × price when market closed.

When reporting Funds, it is required to specify the name of the holding funds, amount of shares, net value of the day before reporting, and total net value of all the holding funds the day before reporting. Total net value of the funds is the summation of all the net value of the holding funds the day before reporting. The net value of the fund the day before reporting = fund share × price when market closed.