# Extraction Report

Cellebrite UFED Reports

## Calendar (1)

| # | Time | Calendar Entry | Event information | Deleted |
|---|---|---|---|---|
| 1 | **Start Time:** 6/11/2014 12:00:00 AM(UTC+0) **End Time:** 6/11/2014 11:59:59 PM(UTC+0) | **Subject:** Evening, met JI Chaoqun, with ZHA. **Attendees:** **Location:** **Details:** | **Category:** Work **Reminders:** **Priority:** Unknown **Status:** Unknown **Class:** Normal **Repeat Day:** None **Repeat Rule:** None **Repeat Interval:** 0 **Repeat Until:** | |

GOVERNMENT EXHIBIT

107-T