Geng Zhengjun
8615895986998

**Apple iCloud**
associated with
jastxyj@gmail.com
(7 messages)

Mr. Xu
8613913882316

11/29/2013 3:07:06 PM(UTC+0)

Can JI put down his true name when filling out the form?
*SENT*

12/18/2013 8:09:45 AM(UTC+0)

15210969787, JI Chaoqun.
*READ*

12/18/2013 8:10:34 AM(UTC+0)

High-speed Rail Train#G203,  arrive at the Nanjing South Station at 22:37.
*READ*

12/18/2013 8:14:15 AM(UTC+0)

Got it.
*SENT*

12/18/2013 8:15:22 AM(UTC+0)

You tell him that I will appear as a teacher from NUAA.
*SENT*

12/18/2013 10:39:32 AM(UTC+0)

They're boarding now.
*READ*

12/18/2013 10:40:37 AM(UTC+0)

Ok.
*SENT*

GOVERNMENT
EXHIBIT
108-T