# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# [redacted] - Person Encounter List

03/25/2022 09:38 EDT Generated By: [redacted] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 02/03/2015 18:16 | UA | 850 | I | [redacted] | [redacted] | [redacted] | ON BOARD | | | ORD | PEK |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 01/22/2015 00:00 | UA | 850 | I | | [redacted] | [redacted] | NOT ON BOARD | | | ORD | PEK |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 12/22/2014 00:00 | UA | 851 | O | | [redacted] | [redacted] | ON BOARD | | | PEK | ORD |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 07/06/2014 17:27 | UA | 850 | I | [redacted] | [redacted] | [redacted] | ON BOARD | | [redacted] | ORD | PEK |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 05/19/2014 00:00 | UA | 851 | O | | [redacted] | [redacted] | ON BOARD | | | PEK | ORD |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 04/10/2014 17:58 | UA | 850 | I | [redacted] | [redacted] | [redacted] | ON BOARD | | | ORD | PEK |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 04/03/2014 00:00 | UA | 851 | O | | [redacted] | [redacted] | ON BOARD | | | PEK | ORD |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 01/15/2014 17:58 | UA | 850 | I | [redacted] | [redacted] | [redacted] | ON BOARD | | [redacted] | ORD | PEK |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 12/09/2013 00:00 | UA | 851 | O | | [redacted] | [redacted] | ON BOARD | | | PEK | ORD |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 11/15/2013 09:26 | AA | 186 | I | [redacted] | [redacted] | [redacted] | ON BOARD | | | ORD | PEK |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 11/08/2013 00:00 | AA | 187 | O | | [redacted] | [redacted] | ON BOARD | | | PEK | ORD |
| JI | CHAOQUN | 02/11/1991 | [redacted] | G44891613 | 08/28/2013 18:33 | UA | 850 | I | [redacted] | [redacted] | [redacted] | ON BOARD | | | ORD | PEK |

**Total Number of Records: 12**

## Legend

### Loc

| Codes | Value |
|---|---|
| ORD | O'HARE INTERNATIONAL |
| PEK | BEIJING CAPITAL INTERNATIONAL |

### Doc Type

| Codes | Value |
|---|---|
| [redacted] | [redacted] - PASSPORT |
| [redacted] | [redacted] - VISA NON-IMMIGRANT |
| [redacted] | [redacted] - PASSPORT |

### Site Code

GOVERNMENT EXHIBIT 900

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**[redacted] - Person Encounter List**



| Codes | Value |
|---|---|
| [redacted] | [redacted] - CBP-CHICAGO, OHARE AIRPORT |