# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

July 10, 2024

Before
AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 23-1262 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br>v.<br><br>JI CHAOQUN,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cr-00611-1<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment** (form ID: **132**)