# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 1, 2024

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

|  | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee |
|---|---|
| No. 23-1262 | v. |
|  | JI CHAOQUN,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:18-cr-00611-1 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Ronald A. Guzman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                  No record to be returned

This notice sent to:
[ ]  United States Probation Officer

form name: **c7_Mandate**    (form ID: **135**)