UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JI CHAOQUN | Case No. 18 CR 611<br><br>Judge John Robert Blakey |

**MOTION TO UNSEAL GOVERNMENT'S AFFIRMATION AND APPLICATION AND CORRESPONDING ORDER**

On November 20, 2024, the Government filed its Affirmation and Application and the Court issued a corresponding order in this matter, both of which were filed under seal and not filed on the docket. At this time, the government moves the Court to unseal the Affirmation and Application and the corresponding Court order and have both added to the Court's docket for this case, as defendant Ji Chaoqun has been released from U.S. Marshal's custody.

Dated: November 27, 2024

                                                              Respectfully submitted,

                                                              MORRIS PASQUAL
                                                              Acting U.S. Attorney

                                    By:    */s/ Steven J. Dollear*
                                                    STEVEN J. DOLLEAR
                                                    Assistant U.S. Attorney
                                                    219 South Dearborn Street, Room 500
                                                    Chicago, Illinois 60604
                                                    (312) 353-5300